AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**JACOB RANKIN, et al.,**

       **Plaintiffs,**

                               **JUDGMENT IN A CIVIL CASE**

  v.

                               **CASE NO. 2:17-CV-0006**
                               **CHIEF JUDGE EDMUND A. SARGUS, JR.**
**ECHO 24, INC., et al.,**             **MAGISTRATE JUDGE CHELSEY M. VASCURA**

       **Defendants.**

\_\_\_\_   **Jury Verdict.**  This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the ORDER filed December 8, 2017, JUDGMENT is hereby entered DISMISSING this case.**

Date:  December 8, 2017                   RICHARD W. NAGEL, CLERK

                                                  */S/ Melissa Saddler*
                                                 (By) Melissa Saddler
                                                  Courtroom Deputy Clerk